UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGUEI ADONIEV,<br><br>          Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Civil Case No. 2:21-cv-07462-DSF<br><br>*Related Crim. Case No. 2:96-cr-00977-RAP*<br><br><br>**ORDER GRANTING SERGUEI ADONIEV'S UNOPPOSED PETITION FOR *CORAM NOBIS*** |

The Court has reviewed and considered Petitioner Serguei Adoniev's ("Petitioner") Unopposed Petition for *Coram Nobis* (the "Petition"); the concurrently filed declarations of Stephen London, Serguei Adoniev, and John Hemann; Petitioner's proposed order, and all other materials properly before the Court. The United States Attorney's Office has filed a statement of non-opposition to the Petition and proposed order.

The Court finds that Petitioner has satisfied the requirements for *coram nobis* relief: (1) a more usual remedy is not available; (2) the conviction's adverse consequences are sufficient to satisfy the case and controversy requirement of Article III; (3) his conviction was flawed by errors of a fundamental character; and (4) the Petitioner has a valid reason for not attacking the conviction earlier. *See Hirabayashi v. United States*, 828 F.2d 591, 604 (9th Cir. 1987).

Accordingly, the Petition for *Coram Nobis* is **GRANTED**. Petitioner is hereby permitted to withdraw his guilty plea and it is deemed withdrawn. Petitioner's conviction (Dkt. 62) is VACATED and the Clerk of Court is directed to so reflect in the docket.

**IT IS SO ORDERED**.

DATED: September 29, 2021

_____
Hon. Judge Dale S. Fischer
United States District Judge